JAMES A. ALLEN, as Receiver, etc., of KATHERINE A. McARDLE, Appellant, v. JOHN J. MEENAN, INC., Respondent.— Determination of Appellate Term reversed, with ten dollars costs and disbursements, and the order of the City Court dated January 15, 1926, affirmed, with ten dollars costs and disbursements of the appeal in the Appellate Term to the plaintiff. No opinion. Present — Clarke, P. J., Merrell, McAvoy and Burr, JJ.

FLORENCE STINER, Respondent, v. COSMOPOLITAN BANK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HENRIETTA GOLDSTEIN, Respondent, v. ISRAEL GOLDSTEIN, Appellant.— Order reversed and motion denied, with leave to the plaintiff to move for a modification of the judgment for the granting of the relief sought. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HENRY M. WYKES, Respondent, v. CHARLES F. STREET, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

GUS L. ROSENBERG, INC., Respondent, v. JOHN & JAMES DOBSON, INC., Appellant.— Order so far as appealed from modified by further granting the motion as to items (5) and (6) of the demand for bill of particulars, and as so modified affirmed, without costs. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HENRI ROGOWSKI, Respondent, v. HARRY A. SKINNER and Others, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE GRACE CLUB, INC., Respondent, v. MARGARET BROWN MANECK, Doing Business, etc., Appellant.— Order modified by requiring plaintiff to give an undertaking in the sum of $1,000 as a condition for granting the relief, and further by requiring that the cleaning and repairs or other work which the plaintiff deems necessary to be done shall be done after luncheon on Saturday and before ten o'clock Monday morning, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of ADAM PHILIPPOVSKY, Appellant, for a Writ of Habeas Corpus. PLATON ROZDESTVENSKY, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of MAURICE B. GLUCK, Appellant, for a Writ of Habeas Corpus. PLATON ROZDESTVENSKY, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.